**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-6966

---

HENRY CLIFFORD BYRD, SR.,

Plaintiff - Appellant,

versus

CATHERINE C. EAGLES; W. DANIEL FLOYD; RICHARD
E. PARROSH; HENRY E. FRYE, JR.,

Defendants - Appellees.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Frank W. Bullock, Jr.,
District Judge.  (CA-03-1110-1)

---

Submitted:  September 16, 2004      Decided:  September 23, 2004

---

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Henry Clifford Byrd, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry Clifford Byrd, Sr., appeals the district court's order dismissing as frivolous his "criminal complaint." Our review of the record and the district court opinion adopting the magistrate judge's recommendation discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Byrd v. Eagles, No. CA-03-1110-1 (M.D.N.C. filed May 3, 2004 & entered May 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED